AO 442 (Rev.02/2005 EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**WARRANT FOR ARREST**

05 - 0418M - 01

UNITED STATES OF AMERICA
  V.

Vance Reaves

CASE NUMBER : 1:04M897

FILED
JUL 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Vance Reaves** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):
** Note: Defendant was arrested on 4/9/05 in DC, on our warrant dated 11/16/04 - DC Court released defendant on 4/14 to appear in our court before the Honorable Thomas Rawles Jones, Jr. on 4/14/05 at 2:30 pm. Defendant fail to appear for that hearing.

Violation of No Operator's Licence -

In Violation of Title **18** United States Code, Section(s) **13, assim. VA sec. 46.2-300**

Dana Troiano
Name of Issuing Officer

*Dana Troiano* (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

April 29, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

RECEIVED U.S. MARSHALS 2005 APR 29 P 1:51

Bail fixed at $_____ by _____

| Date Received 7/26/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/26/05 | Deputy United States Marshal Michelle Alexander | *Michelle Alexander* (signature) |