FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 04-897-M |
|  | ) | MISDEMEANOR |
| v. | ) |  |
|  | ) |  |
| VANCE E. REAVES | ) | Court Date: November 15, 2004 |
|  | ) |  |
|  | ) |  |

CRIMINAL INFORMATION

(COUNT 1 - Class A Misdemeanor- N243590)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about, July 16TH, 2004, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, VANCE E. REAVES, did unlawfully operate a motor vehicle upon a highway within said Base after having been previously adjudicated a habitual offender and having been prohibited by that determination from driving a motor vehicle on a highway of the Commonwealth of Virginia.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-357, 1950, as amended.)

(COUNT II - Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 16th, 2004, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, VANCE E. REAVES, did unlawfully operate a motor vehicle upon a highway within said Base after his license or privilege was suspended.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, 1950 as amended.)

(COUNT III - Class B Petty- N243589)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about July 16th, 2004, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, VANCE E. REAVES, did unlawfully operate a motor vehicle upon a highway within said Base, without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-300, 1950, as amended.)

Respectfully Submitted,

Paul J. McNulty
United States Attorney

_____
Ellen E. Jackman
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 21 day of October, 2004 to:

VANCE E. REAVES

By: _____
Ellen E. Jackman
Special Assistant
United States Attorney

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| EV-7 | N 243589 | CALLAGHAN SA | 6772 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| July 16, 04 / 5:50 am | 462-300 |

Offense Description: MP CHECKPOINT AT INTERSECTION OF RUSSELL RD AND MAIN
NO OPERATORS LICENSE

32 C.F.R. 634.25(f) 18 U.S.C. 13

**VEHICLE DESCRIPTION**

| Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|
| VA | 1999 | DODGE | WHITE |

N 243589

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below. I promise to appear as required.

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| COURT HOUSE SQUARE ALEXANDRIA, VA 22314 | NOV 15 2004 | 9:00 a.m. |

Collateral (fine): 70
Collateral (fine): NA
For payment by credit card, SEE INSTRUCTIONS
DD FORM 1805, SEP 1998   Original CVB Copy   Previous edition is obsolete
(accountable upon issuance to the offender and until posted to the Appropriate Central Violations Bureau (Magistrate Court))

X Vance Ramey

---

Prosecute
Ellen E. Jackman
11/15/04

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 July 04, while exercising my duties as a law enforcement officer in the Eastern District of VIRGINIA

I OBSERVED A WHITE VAN BEARING VA REGS #YE7-941-9 AND NO DOD DECAL APPROACH MILITARY POLICE CHECK POINT AT TELEGRAPH RD DURING 100% IDENTIFICATION CARD CHECKS. THE VEHICLE WAS STOPPED AND CONTACT WAS MADE WITH THE OPERATOR IDENTIFIED AS REAVES WHO PRODUCED A VIRGINIA IDENTIFICATION CARD. WHEN MILITARY POLICE ASKED REAVES FOR AN OPERATORS LICENSE, REAVES STATED "HE DID NOT HAVE ONE." A VCIN CHECK REVEALED REAVES DRIVING PRIVILEGES TO BE REVOKED OUT OF FAIRFAX COUNTY DISTRICT COURT FOR FAILURE TO PAY FINES.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 16 July 04   Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant
Executed on: 11/15/04   US Magistrate Judge [signed]

DD FORM 1805 (BACK), SEP 1998

# United States District Court
## Violation Notice

| Loc Code | Violation No | Officer Name | Officer No |
|---|---|---|---|
| EV-7 | N 243590 | CALLAGHAN JA | 0772 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: JULY 16 04 / 5:50 am
Offense Charged: 46.2-357
Place of Offense: CHECK POINT AT INTERSECTION OF RUSSELL RD AND McREE
Offense Description: HABITUAL OFFENDER REVOKED

| Defendant's Last Name | First Name | MI |
|---|---|---|
| REAVES | VANCE | E |

18 U.S.C. 13

| Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|
| VA | 1989 | DODGE | WHITE |

**A** ☒ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
**B** ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Court Address: COURT SQUARE ALEXANDRIA, VA 22314

Court Date: Nov 15 2004    Time: 9:00 am

Collateral (fine): $ NA
For payment by credit card, SEE INSTRUCTIONS

X Vance Reaves

DD FORM 1805, SEP 1999    Original - CVB Copy    Previous edition is obsolete

N 243590

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 JULY 04, 5:50am while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

I OBSERVED A WHITE IN COLOR 1989 DODGE VAN BEARING VA REGIS # YFZ 319 AND NO DOD DECAL APPROACH MILITARY POLICE CHECK POINT AT ARS (TELEGRAPH RD) DURING 100% IDENTIFICATION CARD CHECKS. THE VEHICLE WAS STOPPED ALL CONTACT WAS MADE WITH THE OPERATOR IDENTIFIED AS REAVES, WHO PRODUCED A VIRGINIA IDENTIFICATION CARD WHEN MILITARY POLICE ASKED REAVES FOR AN OPERATORS LICENSE REAVES STATED "HE DID NOT HAVE ONE". A VCIN CHECK REVEALED REAVES DRIVING PRIVELEGES TO BE REVOKED IN OF FAIRFAX COUNTY ON 28/SEP/84 COURT FOR FAILURE TO PAY FINES.

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 16 JUL 04   [signature]
Date   Officer's Signature

Executed on _____    _____
Date   U.S. Magistrate Judge

Probable cause has been stated for the issuance of a warrant

DD FORM 1805 (BACK), SEP 1999